1  MENNEMEIER, GLASSMAN & STROUD LLP
   ANDREW W. STROUD (SBN 126475)
2  SARAH J. FISCHER (SBN 260807)
   980 9th Street, Suite 1700
3  Sacramento, CA  95814
   Telephone:     916-553-4000
4  Facsimile:     916-553-4011
   E-mail:        stroud@mgslaw.com
5
   Attorneys for Plaintiff
6
   CHRISTOPHER W. MILLER, ESQ. (SBN 166348)
7  ISAAC S. STEVENS, ESQ. (SBN 251245)
   MASTAGNI, HOLSTEDT, AMICK,
8  MILLER & JOHNSEN
   A Professional Corporation
9  1912 "I" Street
   Sacramento, California 95811-3151
10 Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
11
   Attorneys for Defendants
12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 STANISLAUS CUSTODIAL DEPUTY          )  Case No. 1:09-cv-01988-LJO-SMS
   SHERIFFS' ASSOCIATION dba Stanislaus )
17 County Deputy Sheriffs' Association, )
                                        )  PARTIES' STIPULATION AND ORDER
18              Plaintiff,              )  CONTINUING SETTLEMENT
                                        )  CONFERENCE
19 v.                                   )
                                        )
20 DEPUTY SHERIFF'S ASSOCIATION OF      )
   STANISLAUS COUNTY; VINCE BIZZINI;    )
21 STANISLAUS SWORN DEPUTIES            )
   ASSOCIATION; and DOES 1 - 10,        )
22 INCLUSIVE,                           )
                                        )
23              Defendants.             )
                                        )
24                                      )
   AND RELATED COUNTERCLAIM.            )
25                                      )

26 / / /

27 / / /

28 / / /

PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE

1

**RECITALS**

2          WHEREAS, pursuant to the Scheduling Order issued in this matter, a Settlement

3  Conference is currently set for April 19, 2011;

4          WHEREAS, the parties are actively engaged in settlement efforts and are now

5  finalizing settlement documents such that a Settlement Conference may not be required;

6          WHEREAS, in light of the status of the settlement efforts, after meeting and

7  conferring, the parties agree that good cause exists to continue the April 19th Settlement

8  Conference to an agreed upon date;

9          Now, therefore, the parties enter into the following stipulation:

10

**STIPULATION**

11          The parties, by and through their respective attorneys, stipulate and agree that the

12  Settlement Conference set for April 19, 2011 be continued to June 28, 2011 at 10:30 a.m.

13

14

15  Dated: April 12, 2011                    /s/ Sarah Jane Fischer
                                             _____
16                                           Sarah Jane Fischer
                                             Mennemeier, Glassman & Stroud LLP
17                                           Attorneys for Plaintiff

18
    Dated: April 12, 2011                    /s/ Isaac Stevens
19                                           _____
                                             Isaac Stevens
20                                           Mastagni, Holstedt, Amick, Miller &
                                             Johnsen
21                                           Attorneys for Defendants

22

23

24

25

26

27

28

1

2                                          **ORDER**

3    IT IS SO ORDERED.

4    **Dated:**   **April 16, 2011**            _____/s/ Sandra M. Snyder_____
                                               UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE