1  CHRISTOPHER W. MILLER, ESQ. (SBN 166348)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
2  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER & JOHNSEN**
3  *A Professional Corporation*
   1912 "I" Street
4  Sacramento, California 95811-3151

5  Telephone: (916) 446-4692
   Facsimile:  (916) 447-4614
6
   Attorneys for Defendants
7  Deputy Sheriff's Assn. of Stanislaus County,
   Stanislaus Sworn Deputies Assn.; and
8  Vince Bizzini

9

10                   UNITED STATES DISTRICT COURT

11                 FOR THE EASTERN DISTRICT OF CALIFORNIA

12 | STANISLAUS CUSTODIAL DEPUTY            ) Case No.: 1:09-cv-01988-LJO-SMS
   | SHERIFF'S ASSOCIATION *dba* Stanislaus )
13 | County Deputy Sheriffs' Association,    ) **STIPULATION AND ORDER**
   |                                         ) **MODIFYING SCHEDULING ORDER**
14 |                 Plaintiff,              )
   |                                         )
15 |         v.                              )
   |                                         )
16 | DEPUTY SHERIFF'S ASSOCIATION OF         )
   | STANISLAUS COUNTY; VINCE                )
17 | BIZZINI; STANISLAUS SWORN               )
   | DEPUTIES ASSOCIATION; and DOES 1-       )
18 | 10, INCLUSIVE,                          )
   |                                         )
19 |                 Defendants.             )
   | _____     )
20 |                                         )
   | AND RELATED COUNTERCLAIMS               )
21 | _____     )

22                              **STIPULATION**

23      WHEREAS, the Court's Scheduling Order (Docket No. 43) currently requires the parties to

24  disclose their expert witnesses on May 27, 2011;

25      WHEREAS, the Court's Scheduling Order currently requires the parties to exchange

26  supplemental expert disclosure on June 13, 2011;

27      WHEREAS, the parties have engaged in extensive settlement discussions in this matter;

28      WHEREAS, the parties are currently negotiating the language of a proposed settlement

1  agreement;

2  WHEREAS, the parties wish to avoid incurring potentially unnecessary costs and attorney
3  time in preparing expert witness disclosures while negotiating the proposed settlement agreement;

4  WHEREAS, the parties agree that an order modifying the Court Scheduling Order to
5  postpone expert witness disclosure to June 13, 2011 will allow the parties time to finish negotiating
6  the terms of the proposed settlement;

7  WHEREAS, the parties agree that an order modifying the Court Scheduling Order to
8  postpone supplemental expert witness disclosure to June 26, 2011 will allow the parties time to
9  finish negotiating the terms of the proposed settlement;

10  THEREFORE, the parties hereby stipulate that the good cause exists to extend the deadline
11  for disclosing expert witnesses to June 13, 2011 and deadline for completing supplemental expert
12  disclosure to June 26, 2011;

13  THEREFORE, the parties hereby stipulate that the deadline to disclose expert witnesses in
14  this case be extended to June 13, 2011 and the deadline for supplemental expert disclosure be
15  extended to June 26, 2011.

18  DATED: May 25, 2011   **MASTAGNI, HOLSTEDT, AMICK,**
    **MILLER & JOHNSEN, A.P.C.**

20  /s/ Isaac S. Stevens
    ISAAC S. STEVENS
21  Attorneys for Defendants

22  DATED: May 25, 2011   **MENNEMEIER, GLASSMAN & STROUD LLP**

24  /s/ Sarah J. Fischer
    SARAH J. FISCHER
    Attorneys for Plaintiff

# ORDER

Good cause appearing, it is hereby ORDERED that the deadline to disclose expert witnesses in this case be extended to June 13, 2011 and the deadline for completing supplemental expert disclosure be extended to June 26, 2011.

**IT IS SO ORDERED.**

Dated:   May 26, 2011                    /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE