MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
SARAH J. FISCHER (SBN 260807)
980 9th Street, Suite 1700
Sacramento, CA  95814
Telephone:    916-553-4000
Facsimile:     916-553-4011
E-mail:         stroud@mgslaw.com

Attorneys for Plaintiff

CHRISTOPHER W. MILLER, ESQ. (SBN 166348)
ISAAC S. STEVENS, ESQ. (SBN 251245)
MASTAGNI, HOLSTEDT, AMICK,
MILLER & JOHNSEN
A Professional Corporation
1912 "I" Street
Sacramento, California 95811-3151
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAUS CUSTODIAL DEPUTY SHERIFFS' ASSOCIATION *dba* Stanislaus County Deputy Sheriffs' Association,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY SHERIFF'S ASSOCIATION OF STANISLAUS COUNTY; VINCE BIZZINI; STANISLAUS SWORN DEPUTIES ASSOCIATION; and DOES 1 - 10, INCLUSIVE,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 1:09-cv-01988-LJO-SMS<br><br>**PARTIES' NOTICE OF SETTLEMENT/STIPULATION AND ORDER OF DISMISSAL** |

      The parties respectfully submit this Notice of Settlement/Stipulation and Order of Dismissal pursuant to Local Rule 160 and Federal Rule of Civil Procedure 41.

      It is hereby stipulated by and between the parties to this action through their

1  counsel that the above-captioned action (including all claims and counterclaims) be and hereby is

2  dismissed with prejudice.  Each party shall bear their own fees and costs in connection with this

3  action.

4  Dated: June 28, 2011                              /s/ Andrew W. Stroud
                                                    Andrew W. Stroud
5                                                   Mennemeier, Glassman & Stroud LLP
                                                    Attorneys for Plaintiff

7  Dated: June 28, 2011                              /s/ Isaac Stevens
                                                    Isaac Stevens
8                                                   Mastagni, Holstedt, Amick, Miller &
                                                    Johnsen
9                                                   Attorneys for Defendants

### ORDER

The clerk is directed to close this action.

<u>IT IS SO ORDERED.</u>

**Dated:     June 28, 2011**                        <u>/s/ Lawrence J. O'Neill</u>
                                                    UNITED STATES DISTRICT JUDGE